KEVIN F. KIEFFER, Bar No. 192193
kevin.kieffer@troutmansanders.com
DANIEL C. STREETER, Bar No. 229010
daniel.streeter@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

*Attorneys for Defendants
Sanofi and sanofi-aventis U.S. LLC
(erroneously named as sanofi-aventis and
sanofi-aventis US)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRAN LAMP,<br><br>           Plaintiff,<br><br>     v.<br><br>SANOFI-AVENTIS, SANOFI-AVENTIS US, WILLIAM MALCOLM PARTKER, and DOES 1 through 10,<br><br>           Defendants. | Case No.  CV 11-9434 MMM (VBKx)<br><br>**[PROPOSED] ORDER ADOPTING STIPULATED AND PROTECTIVE ORDER** |

1  Having reviewed the Stipulated and Proposed Protective Order filed
2  herewith, and good cause appearing for the adoption thereof,
3  IT IS HEREBY ORDERED that the terms of the Stipulated Protective Order
4  are adopted by this Court.
5
6  DATED: February 4, 2013
7
8                                                      /s/
                                    Victor B. Kenton, United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -
[PROPOSED] ORDER ADOPTING PROTECTIVE ORDER
20274590V1