**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAN LAMP<br><br>   Plaintiff(s),<br><br>   v.<br><br>SANOFI AND SANOFI–AVENTIS US LLC, et al.<br><br><br>   Defendant(s). | CASE NO:<br>2:11–cv–09434–MMM–VBK<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: April 18, 2013

   /s/ *Margaret M. Morrow*
   Margaret M. Morrow
   United States District Judge