JS–6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TERRAN LAMP

          Plaintiff(s),

   v.

SANOFI AND SANOFI–AVENTIS US LLC , et al.

          Defendant(s).

CASE NO:
2:11–cv–09434–MMM–VBK

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

     Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within  **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: April 18, 2013

           _/s/ Margaret M. Morrow_
          Margaret M. Morrow
          United States District Judge